## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANGELINE MASALA,

    Plaintiff,

v.                                                          Case No: 8:24-cv-537-WFJ-AAS

SUN COMMUNITIES, INC.,

    Defendant.

_____/

## O R D E R

The Court has been advised by **the Mediation Report (Dkt. 31)** and **the Notice of Settlement (Dkt. 32)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on July 21, 2025.

                                       s/*William F. Jung*
                                       **WILLIAM F. JUNG**
                                       **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record